# United States District Court — Violation Notice

EV64

**Violation Number:** 5126201
**Officer Name (Print):** MARTIN
**Officer No.:** 447

5126201

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 12/21/2015 0800
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 36 CFR 4.21(c)
**Place of Offense:** S/B GWMP @ AIRPORT MAINTENANCE OVERPASS L/L LEAD OF 2

**Offense Description; Factual Basis for Charge:** HAZMAT ☐
LASER #UX025939 SPEED 69/40 583.6 FEET

## DEFENDANT INFORMATION

**Last Name:** GORDON
**First Name:** GINA
**M.I.:** LYNN

**Tag No.:** XGZ1152
**State:** VA
**Year:** 15
**Make/Model:** FORD/FUSION
**PASS:** ☐
**Color:** BLK
**4 DR**

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

**PAY THIS AMOUNT →** MA
$ Forfeiture Amount
$25 Processing Fee
$ Total Collateral Due

### YOUR COURT DATE

**Court Address:** 401 Courthouse Square, Alexandria, VA 22314 — (703) 299-2100
**Date:** 03/03/2016
**Time:** 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____
(Rev. 01/2011) Original - CVB Copy

---
## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN JAN 19, 2016 16:39